**Cleo M. CLARK, Plaintiff–Appellant,**

v.

**GREENSVILLE MEMORIAL HOSPITAL/EMPORIA HOSPITAL CORPORATION, Defendant–Appellee.**

**No. 01–1848.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 26, 2001.

Decided Jan. 14, 2002.

Cleo M. Clark, Appellant Pro Se. Karen Skeirik Elliott, McCandlish Kain, P.C., Richmond, Virginia, for Appellee.

Before WIDENER, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Cleo M. Clark appeals from the district court's order adopting the magistrate judge's recommendation that summary judgment be granted in favor of Greensville Memorial in Clark's action alleging racially motivated employment discrimination. We have reviewed the record, the district court's opinion, and the magistrate judge's report and recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Clark v. Greensville Mem'l Hosp.,* No. CA–00–403 (E.D.Va. May 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*